NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN MICHAEL NOPPENBERGER,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2015-3009

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-13-0454-I-1.

---

**ON MOTION**

---

**O R D E R**

Stephen Michael Noppenberger moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    NOPPENBERGER v. USPS

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s21